IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-CR-618-S

UNITED STATES OF AMERICA,
          Plaintiff,

    vs.

EVERARDO RIVAS,
          Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF SENIOR JUDGE DANIEL B. SPARR

      Due to the unavailability of Judge Sparr and with the approval of Chief Judge Lewis T. Babcock, the within captioned case is herein reassigned to Judge Marcia S. Krieger.

DATED: August 15, 2006

_____