UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00618-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EVERARDO RIVAS,

      Defendant.

## ORDER

THIS MATTER is before the Court on the Government's Motion for Miscellaneous Relief **(#29).** The Court being fully advised in the foregoing,

**ORDERS** that the Government's Motion for Miscellaneous Relief **(#29) is GRANTED.** The provision of Supervised Release that the Defendant provide a DNA sample as set forth in Title 18, U.S.C. § 3583(d) shall be added to the written Judgment.

Dated this 28th day of November, 2006

      **BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge